PD-0186-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/7/2015 12:33:28 PM
Accepted 4/13/2015 2:15:31 PM
ABEL ACOSTA
CLERK

No. PD-0186-15

| | | | |
|---|---|---|---|
| ROBERT LYNN PRIDGEN, | § | IN THE COURT OF | |
| | § | | |
| Petitioner, | § | | |
| | § | CRIMINAL APPEALS | |
| vs. | § | | |
| | § | | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS | |

*GRANTED*
*PC*
*4/14/15*

---

## PETITIONER'S MOTION FOR LEAVE TO AMEND PETITION FOR DISCRETIONARY REVIEW

---

To the Honorable Court of Criminal Appeals:

Robert L. Pridgen, Petitioner, respectfully asks the Court for leave to amend his petition for discretionary review (PDR) to correct errors in the appendix.

The PDR was filed on time yesterday, April 6. The appendix to the PDR contains photographs excluded from trial. (The photos are sexually explicit; Pridgen requests that the PDR not be publicly filed.)

Pridgen respectfully asks the Court to accept and file the amended PDR submitted with this motion. The PDR itself is unchanged. The only changes were in the appendix:

- Correction of one typographical error (identity of one person in photo was misstated);

- Addition of cover sheets A-1 and A-2 to precede and separate the two appendix items;

- Elimination of unnecessary text to the A-2 photographs.

WHEREFORE, PREMISES CONSIDERED, Mr. Pridgen's counsel respectfully asks the Court to grant leave to amend his petition for discretionary review.

Respectfully submitted this 7 of April 2015,

*/s/ James W. Volberding*

By: _____

**JAMES W. VOLBERDING**
SBN: 00786313

100 E. Ferguson Street
Suite 500
Tyler, Texas 75702
(903) 597-6622
(866) 398-6883 (Fax)
*e-mail:*
*jamesvolberding@gmail.com*

Attorney for Petitioner,
Mr. Robert Lynn Pridgen

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been delivered this 7 day of April 2015 to:

Anderson Co. District Attorney
Courthouse
500 North Church Street
Palestine, TX 75801

by the following means:

| | |
|---|---|
| _____ | By U.S. Postal Service Certified Mail, R.R.R. |
| __X__ | By First Class U.S. Mail |
| _____ | By Special Courier _____ |
| _____ | By Hand Delivery |
| _____ | By Fax <u>before</u> 5 p.m. to (903) 723-7818 |
| _____ | By Fax <u>after</u> 5 p.m. |
| _____ | By email.    /s/ James W. Volberding |

_____
JAMES W. VOLBERDING